# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-3297

_____

Lisa Murphy

*Plaintiff - Appellant*

v.

G Robinson, Sheriff, Dub Brassell Detention Center, ADC; Bowlin, Chief, Dub
Brassell Detention Center, ADC; Tyler, Major, Dub Brassell Detention Center,
ADC; Adem, Captain, Dub Brassell Detention Center, ADC

*Defendants*

Smith, Correctional Officer, Dub Brassell Detention Center, ADC

*Defendant - Appellee*

White, Correctional Officer, Dub Brassell Detention Center, ADC

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: March 20, 2015
Filed: March 30, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Lisa Murphy appeals the district court's[1] judgment entered upon a jury verdict in favor of the defendant correctional officer on Murphy's excessive-force claim. Having carefully considered the arguments that Murphy raises in this appeal, we conclude that she has not provided any basis for reversal. *See Sanders v. Hobbs*, 773 F.3d 186, 190 (8th Cir. 2014) (court of appeals does not assess credibility of witnesses or weigh evidence).[2] Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Murphy's motion for appointment of counsel.

_____

[1]The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]Further, Murphy's failure to provide a trial transcript prevents meaningful review of issues regarding witness testimony. *See* Fed. R. App. P. 10(b) (appellant's duty to order transcript); *Kelly v. Omaha Housing Authority*, 721 F.3d 560, 562 (8th Cir. 2013) (appellant must furnish reviewing court with all parts of proceedings below necessary for determination of validity of any claimed error), cert. denied, 134 S. Ct. 1010 (2014).